NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1359

### BARD PERIPHERAL VASCULAR, INC.
### and DAVID GOLDFARB, M.D.,

Plaintiffs/Counterclaim Defendants-
Appellants,

and

### C.R. BARD, INC.,

Counterclaim Defendant,

v.

### W.L. GORE & ASSOCIATES, INC.,

Defendant-Counterclaimant-Appellee.

Appeal from the United States District Court for the District of Arizona
in case no. 03-CV-597, Judge Mary H. Murguia.

## ON MOTION

## O R D E R

Upon consideration of the appellants' motion to voluntarily dismiss their appeal,[*]

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

FOR THE COURT

SEP 11 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John C. O'Quinn, Esq.
David H. Pfeffer, Esq.
s8

ISSUED AS A MANDATE: SEP 11 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 11 2009

JAN HORBALY
CLERK

[*] It is not the court's usual practice to designate a voluntary dismissal as being with or without prejudice.